## STATE OF CONNECTICUT *v.* BILLY G. HUNT
## (AC 33871)

Lavine, Robinson and Borden, Js.

Argued January 9—officially released February 5, 2013

Per Curiam. The judgment is affirmed.

## DONALD BEAULIEU *v.* COMMISSIONER
## OF CORRECTION
## (AC 33705)

Beach, Robinson and Sheldon, Js.

Submitted on briefs January 11—officially released February 5, 2013

Per Curiam. The appeal is dismissed.

## GREEN TREE SERVICING, LLC
## *v.* DIL ARA BEGUM
## (AC 34380)

Beach, Bear and Sheldon, Js.

Submitted on briefs January 11—officially released February 5, 2013

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting a new law day.